1 Susan St. Vincent
2 Acting Legal Officer
  NATIONAL PARK SERVICE
3 Legal Office
  P.O. Box 517
4 Yosemite, California  95389
  Telephone:  (209) 372-0241
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Docket Number 6:11-mj-0083-MJS |
|---|---|---|
| 12 | Plaintiff, | MOTION TO WITHDRAW STATEMENT OF ALLEGED PROBATION VIOLATION |
| 13 | v. | |
| 14 | JORDAN BUND, | |
| 15 | Defendant. | Court:  U.S. District Court – Yosemite<br>Judge:  Honorable Michael J. Seng |

16

17  The United States by and through its Legal Officer Susan St. Vincent hereby
18 moves this Court to allow withdrawal of its Statement of Alleged Probation Violation and
19 close the above referenced matter.  On May 21, 2012, Defendant plead guilty to driving
20 with a suspended driver's license and having an unregistered vehicle on a highway.
21 Defendant was sentenced by this Court to pay a fine of $520 and placed on 12 months
22 of unsupervised probation.  Defendant was also sentenced to ten days in custody with
23 credit for one day served and the remaining nine days stayed pending the successful
24 completion of probation.  On April 30, 2013, the Government filed a Statement of Alleged
25 Probation Violation charging the Defendant failed to pay $470 of the fine.  This Court
26 ordered the Defendant to appear at the Yosemite District Courthouse.  There is no date
27 for that appearance set at this time.
28

Defense counsel subsequently provided the Government with a statement from the Finance Department of the U.S. Court showing Defendant paid the remaining fine amount on September 12, 2013. As the fine has been paid in full, the Government respectfully requests to withdraw the Statement of Alleged Probation Violation and that the case be closed.

October 31, 2013        /S/ Susan St. Vincent  
                                          Susan St. Vincent  
                                          Legal Officer  
                                          Yosemite National Park

# ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the Statement of Alleged Probation Violation is withdrawn, and <u>United States v Bund</u>  6:11-mj-0083-MJS, be closed.

IT IS SO ORDERED.

Dated:   November 1, 2013          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE